**No. 55256.**—L. Bamberger & Co. et al. *v.* United States, protests 164182–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

FEBRUARY 20, 1951

**No. 55257.**—Dorward & Sons Co. and Pacific Vegetable Oil Corp. *v.* United States, protests 128569–K and 128570–K.—▮▮▮▮▮▮▮▮▮▮▮▮—C. D. 1290. Plaintiffs' application for rehearing denied.

BEFORE THE FIRST DIVISION, FEBRUARY 28, 1951

**No. 55258.**—Continental Merchandise Co., Inc. *v.* United States, protests 147399–K and 147774–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of aluminum statuettes and rosaries in glass containers similar in all material respects to those the subject of Abstract 54602, the items in question were held dutiable as follows: The statuettes at 45 percent under paragraph 397 as manufactures of metal; the rosaries, being valued at more than $1.25 per dozen, at 30 percent under the *eo nomine* provision therefor in paragraph 1544; and the glass containers at the same rate as their contents as the usual containers for the involved merchandise.

**No. 55259.**—Barnet Bros. Leather Co. et al. *v.* United States, protests 134665–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.